**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 18, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00520-CV

---

### IN RE RYAN ZIMMERMAN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-62926**

---

## MEMORANDUM OPINION

On September 15, 2021, relator Ryan Zimmerman filed a petition for writ of mandamus, and has since filed an amended petition in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the amended petition, relator asks this Court to compel the Honorable Linda Dunson, presiding judge of the 309th District Court of Harris County, to set aside the trial court's June 24, 2021,

order holding relator in contempt for possession and access violations and failure to pay child support.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus without prejudice to refiling of same.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.